UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------X

JPS ELASTOMERICS CORP.,      Docket No. 04 11816 RWZ

**Plaintiff,**

-against-

MATTEL, INC.,

**Defendant.**

---------------------------------------------------------------X

## CERTIFICATE PURSUANT TO RULE 65(b)

I, David R. DiCicco, counsel for JPS Elastomerics, Corp. ("JPS"), hereby certifies to this Court that he attempted to reach counsel for Mattel, Inc. ("Mattel"), by telephone on August 19, 2004 and left a voice mail message indicating that:

1. This office will be representing JPS in the above referenced matter.

2. JPS would be filing a complaint to compel arbitration in Boston.

1

3. JPS, due to the impending selection of arbitrators on August 23, 2004, would be seeking immediate injunctive relief.

4. Counsel has not yet received a response to his telephone message.

5. Counsel has faxed a copy of the pleadings to Mattel's counsel.

6. In this instance, notice should not be required. As can be seen by the pleadings and affidavits of Mr. Eiseman and Mr. Moskowitz, arbitrator selection is to begin on August 23, 2004. JPS will be harmed if there is not an order maintaining the status quo as it has not consented to arbitration taking place in Kentucky. It would appear that a temporary restraining order prohibiting Mattel from selecting arbitrators or proceeding to arbitration in Kentucky would cause no substantial harm to Mattel.

JPS Elastomerics Corporation
By Its Attorneys

David R. DiCicco
Powers, DiCicco & Sahagian
Lynnfield Woods Office Park
210 Broadway, Suite 104
Lynnfield, MA 01940
(781) 593-7400