UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

------------------------------------------------X
JPS ELASTOMERICS CORP.,

          Plaintiff,

-against-

MATTEL, INC.,

          Defendant.
------------------------------------------------X

Docket No. 04 11816 RWZ

## PLAINTIFF'S MOTION FOR SHORT ORDER OF NOTICE

NOW COMES the plaintiff, JPS Elastomerics Corporation ("JPS"), and moves that this Court issue a short order of notice on JPS' request for a restraining order and preliminary injunction. As grounds therefore, JPS states that there is a dispute between the parties that is covered by an arbitration agreement requiring defendant, Mattel, Inc. ("Mattel"), to arbitrate its disputes with JPS in Massachusetts. The American Arbitration Association has now informed the parties that the arbitration shall take place in Kentucky and that the parties must submit their arbitrator selections by August 23, 2004.

As stated in its Motion for TRO and Other Injunctive Relief and supporting memorandum, JPS will be harmed if Mattel is allowed to proceed to arbitration in Kentucky in contravention of the

1

arbitration agreement. As a result, JPS has sought injunctive relief and requests that this Court issue a short order of notice scheduling a hearing on the request for injunctive relief at the Court's earliest convenience.

**WHEREFORE,** JPS moves this Honorable Court to issue a short order of notice.

Dated: August 19, 2004

                                      Respectfully Submitted
                                      JPS Elastomerics Corporation
                                      By Its Attorneys

By: _____
      David DiCicco

By: _____
      Gerard Powers

Powers, DiCicco & Sahagian
Lynnfield Woods Office Park
210 Broadway, Suite 104
Lynnfield, MA 01940
(781) 593-7400

By: _____
      Neal M. Eiseman

Goetz Fitzpatrick, LLP
55 Harristown Road
Glen Rock, New Jersey 07452
(201) 612-4444