UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

---------------------------------------------------------------------X

JPS ELASTOMERICS CORP.,                    Docket No. 04-11816-RWZ

                Plaintiff,

    -against-

MATTEL, INC.,

                Defendant.

---------------------------------------------------------------------X

## NOTICE OF APPEARANCE OF IRWIN B. SCHWARTZ

       Irwin B. Schwartz hereby files his notice of appearance on behalf of Defendant, Mattel, Inc.

in the above-captioned action.

Respectfully Submitted,

By: _____
    Irwin B. Schwartz (BBO# 548763)
    Petrie | Schwartz LLP
    500 Boylston Street
    Suite 1860
    Boston, MA 02116
    (617) 421-1800
    (617) 421-1810 (fax)
    Attorneys for Defendant Mattel, Inc.

<u>CERTIFICATE OF SERVICE</u>

I, Irwin Schwartz, attorney for Defendant Mattel, Inc., hereby certify that on this 25th day of August, 2004, I served a copy of the foregoing document on Plaintiff's attorneys by delivering the same, via courier to:

David D. DiCicco
Powers, DiCicco & Sahagian
Lynnfield Woods Office Park
Lynnfield, Massachusetts 01940

Irwin B. Schwartz

2