UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JPS ELASTOMERICS CORP.
      Plaintiff

    V.

                           CIVIL ACTION: 04-11816-RWZ

MATTEL, INC.
      Defendant

ORDER OF DISMISSAL

ZOBEL, D.J.                                        August 26, 2004

    In accordance with the court's telephone conference dated 8/26/04 the above-entitled action is hereby dismissed for lack of jurisdiction.

                                                        By the Court,

                                                        _s/ Lisa A. Urso
                                                        Deputy Clerk

disml.ord